## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| **TAMMY HANEY,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:14-cv-01982-JEC** |
| | **:** | |
| | **:** | |
| **THE KROGER CO.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## DEFENDANT THE KROGER CO.'S STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

COMES NOW Defendant The Kroger Co. ("Kroger"), and files this its Statement of Material Facts to Which There is No Genuine Issue to Be Tried as follows:

1.    Kroger first hired Plaintiff, Tammy Haney, on August 6, 2010. (Employee Inquiry Printout; a true and correct copy is attached hereto as **Exhibit 1**).

2.    At all times relevant to this suit, Haney worked at Kroger Store 373, located at 8059 Tara Boulevard, Jonesboro, Georgia 30236-3293.  (Ex. 1).

3.     Starting on or about February 1, 2011, Haney worked as the Lead Nutrition Clerk at Store 373.  (Kermit System Printout; a true and correct copy is attached hereto as **Exhibit 2**).

4.     Thereafter, starting on or about December 4, 2011, Haney worked as a Produce Clerk at Store 373.  (Ex. 1).

5.     Haney worked her final shift for Kroger on February 16, 2012. (Haney Punch Detail Report, p.5; a true and correct copy is attached hereto as **Exhibit 3**; Affidavit of Tony Denney, ¶ 5; a true and correct copy is attached hereto as **Exhibit 4**).

6.     On or about March 3, 2012, Haney submitted to Kroger a Request for Leave of Absence Form requesting  leave from February 15, 2012, to April 16, 2012.  (Request for Leave of Absence Form; a true and correct copy is attached hereto as **Exhibit 5**).

7.     On June 27, 2012, Kroger terminated Haney's employment.  (Ex. 1).

8.     During the twelve months prior to the start of Haney's requested leave, Haney worked  approximately 1,005 hours.  (Ex. 3, p.5).

Respectfully submitted, this 11th day of August 2014.

**/s/ David L. Barron**
David L. Barron
Texas Bar Number 00798051
Cozen O'Connor

2

1221 McKinney, Suite 2900
Houston, TX  77010
Telephone: (713) 750-3132
Facsimile:  (832) 214-3902
dbarron@cozen.com
*Admitted pro hac vice 7/28/14*
*Counsel for Defendant*
*The Kroger Co.*

**/s/ Lynnette D. Espy-Williams**
Lynnette D. Espy-Williams
Georgia Bar No. 246106
COZEN O'CONNOR
Suite 2200, SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3264
Telephone: (404) 572-2085
Facsimile:  (866) 778-6671
lespy-williams@cozen.com
*Local Counsel for Defendant*
*The Kroger Co.*

CERTIFICATION:  The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1.5 inch top margin in accordance with LR 5.1B, N.D.Ga.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TAMMY HANEY,                          :
                                      :
    **Plaintiff,**               :
                                      :
vs.                                   :
                                      :        **Case No. 1:14-cv-01982-JEC**
THE KROGER CO.,                       :
                                      :
    **Defendant.**               :
                                      :
                                      :

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 11, 2014, I electronically filed ***The Kroger Co.'s Statement of Material Facts to Which There is No Genuine Issue to be Tried*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        Charles Hoffecker          chadnlielaw.com

        David L. Barron            dbarron@cozen.com

        Lynnette D. Espy Williams    lespy-williams@cozen.com

Respectfully submitted,


**/s/ David L. Barron**
David L. Barron
Texas Bar No. 00798051
Cozen O'Connor
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, TX  77010
Telephone:  (713) 750-3132
Facsimile:  (832) 214-3905
dbarron@cozen.com
*Admitted pro hac vice 7/28/14*
*Counsel for Defendant*
*The Kroger Co.*

19565291\2

2

# EXHIBIT 1

REDACTED

Page: 1 Document Name: DonnaMarie!

```
ACTION: _____  CURR: 179  NEXT: 179
LEVEL 1: AT  LEVEL 2: HR  EMPNO: ████████     PREV EMP NO:

                        EMPLOYEE INQUIRY
NAME: HANEY,  TAMMY R                    EUID: TH21901
 PREV NAME:
AD-1: ██████████████            RACE: B   MAR ST: 1  SEX: F
AD-2: D-14                 EMP STATUS: T 1
CITY: JONESBORO        STATE: GA   DOB: ██████  CREAT: 20100820
ZIP: 30236    PHONE #: ████████    SHIFT CODE:    0
WAGE GROUP: HRLY  EWR CTRREF ID: CTR0000137  EWR WAP ID: WAP0003112
HIRE: 20100806  BDCS:          ST: 4  ST IND: 00  ST DT: 20100806  SETUP: 3
LOA CODE: 90  LOA BEG DT: 20120215  LOA RET DT: 20120415  ADJ SVC DT:
TERM CODE: 5 05  TERM EFF: 20120415  TERM ENT:  20120627  REIN DATE: 20120510
NEXT RATE:            NEXT STEP:          DUE UNITS:
L3: 20   L4: 373  L5: SGRO  JOB CODE: 0010001
L3/L4 DT: 20100806          JOBTITLE: GROCERY/CLERK
LEVEL: 0030            JOB DATE: 20111204  ACCT: 210106
SVC TYPE: WK SVC AMT:  5.00                       LST DT PD: 20120407
RATE: 7.4000   SALARY:        EFF DT/TYPE INC: 11/12/0370
UNION CODE: CP10631  C&A: C225 00 C/A EFFECTIVE DATE: C0000000 DNI: 20121118
UNION TYPES: 2   UNION SEN1: 20100806 UNION SEN2: 00000000 UNION SEN3: 00000000
```

# EXHIBIT 2

PACKET PAGE:               835   HOURLY KH12   ** TURN AROUND DOCUMENT **
011-ATLANTA

RPT - KIE0100.002                K.E.R.M.I.T. SYSTEM   PROCESSED DATE:12152010 TIME: 22:04 WK46/PD12   PAGE: 764

                              FORWARD TO: HUMAN RESOURCES

L1L2 - ATHR                                       PAYROLL EARNED WE 12112010        WK 1 PD 12

L1/L2 ATHR   LOCATION 20373   NAME HANEY, TAMMY R   EMPLOYEE NUMBER ▓▓▓▓▓▓   TH21901

| Field | Value | | Field | Value |
|---|---|---|---|---|
| INACTIVE IND | | | UNION CODE | CP10631 |
| EMPL NAME | HANEY, TAMMY R | | MEMBER CODE | 4 |
| ADDRESS | | | C/A ID | C22500 |
| CITY/STATE | GA | | C/A EFF DATE | 10/08/06 |
| ZIP CODE | | | SEN1 TYPE/DATE | 2  10/08/06 |
| TELEPHONE | | | SEN2 TYPE/DATE | 00/00/00 |
| EMPL NO | | | SEN3 TYPE/DATE | 00/00/00 |
| SEX | F | | HIGH GR COMP | 13 |
| RACE | B | | ATTEND CODE | 2 |
| MARITAL | 1 | | ANTIC COM YR | 0 |
| PREV NAME | | | DEGREE TYPE | |
| LOCATION | 20373 | | FLD STUDY CD | |
| LOCATION EFF DATE | | | FIELD STUDY | |
| BIRTHDATE | 10/08/06 | | COLLEGE CODE | |
| HIRE DATE | 10/08/06 | | COLLEGE | |
| SETUP IND | 1 | | GRAD DATE | 00/00/00 |
| REINSTATE DATE | 00/00/00 | | VET STATUS | |
| RDCS | 00/00/00 | | DISAB CODE | |
| P/FT CODE | 4 | | FED MAR ST | S |
| LOA CODE | | | FED EXEMPTS | 009 |
| LOA BEG DATE | 00/00/00 | | STATE MAR ST | S |
| LOA RET DATE | 00/00/00 | | STATE EXEMPT | 006 |
| TERM CODE | | | | |
| TERM DATE | 00/00/00 | | BONUS TYPE | |
| JOB CODE | 0250001 | | BONUS ACCTCD | |
| JOB TITLE | PRODUCE/CLERK | | BONUS DATE | 00/00/00 |
| JOB DATE | 10/08/06 | | BONUS PCT AMT | .00 |
| DEPT CODE | SPRO | | PROFIT SHR IND | |
| TYPE OF PAY | 1 | | SHIFT CODE | D |
| LEVEL OF PAY | 0010 | | INC PLAN PTNL | .00 |
| WAGE ACCT NO | 210706 | | INC PERM DATE | 00/00/00 |
| RATE | 7.3000 | | | |
| RATE/SAL DATE | 10/09/19 | | | |
| LST PAY CHG TYPE | 30 | | | |
| NEXT INCREASE DATE | 11/01/30 | | | |
| NEXT APPR DATE | 00/00/00 | | | |
| LAST APPR DATE | 00/00/00 | | | |
| APPR RESULTS | 0 | | | |
| PROMOTABILITY CD | | | | |

*(handwritten)* Nutrition Lead Clerk   11-08-01

RECEIVED APR 2 5 2011

STORE MGR/SUPV SIGNATURE          DATE 4/11/11

PLEASE DESTROY OLD COPY OF THIS FORM

4

# EXHIBIT 3

```
CSC4219                          iSeries Timekeeper: Atlanta Division - 011AT          Clk1100P
5/11/14  457P                          PUNCH DETAIL HISTORY                            PAGE:  1
                                       2/20/11 THRU 2/18/12
```

EMPLOYEE: TH21901   HANEY, TAMMY R   BADGE:

*INVALID

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHED IN | SCHED OUT | PAY CODE / CLASS | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|-----|------|-----------|-------------|-------|-------|-----------|-----------|----------|-----------|------------------|-------------|----|-----------|-----------|
| | | | | | | | | | | | | | ATLANTA CLERKS AF102905 | |
| SUN | 2/20/11 | 400A | 1215P | A1996 | | 356A | 1221P | 400A | 1100A | | 8.25 | 0 | 373.PROD | 8.25 |
| MON | 2/21/11 | 400A U | 815A | A1996 | | 400A | 817A | 400A | 700A | | 4.25 | 0 | 373.PROD | 12.50 |
| TUE | 2/22/11 | 200A | 715A | A1996 | | 158A | 709A | 200A | | | 5.25 | 0 | 373.PROD | 17.75 |
| THU | 2/24/11 | 400A | 915A | A1996 | | 400A | 914A | 400A | 900A | | 5.25 | 0 | 373.PROD | 23.00 |
| FRI | 2/25/11 | 400A | 1000A | A1996 | | 401A | 1006A | 400A | 1000A | | 6.00 | 0 | 373.PROD | 29.00 |
| SAT | 2/26/11 | 400A | 1200P | A1996 | | 357A | 1204P | 400A | 1100A | | 8.00 | 0 | 373.PROD | 37.00 |
| SUN | 2/27/11 | 400A 3 | 1215P | A1996 | | 357A | 1212P | 400A | 1200P | | 8.25 | 0 | 373.PRODNUTRIN | 45.25 |
| MON | 2/28/11 | 1200P 3 | 800P | A1996 | | 1159A | 803P | 1200P | 800P | | 8.00 | 0 | 373.PRODNUTRIN | 53.25 |
| TUE | 3/01/11 | 700A 3 | 300P | A1996 | | 654A | 302P | 700A | 300P | | 8.00 | 0 | 373.PRODNUTRIN | 61.25 |
| WED | 3/02/11 | 400A | 1230P | A1996 | | 356A | 1231P | 400A | 1200P | | 8.50 | 0 | 373.PRODNUTRIN | 69.75 |
| FRI | 3/04/11 | 800A 3 | 200P | A1996 | M | 803A | 200P | 800A | | | 6.00 | 0 | 373.PRODNUTRIN | 75.75 |
| FRI | 3/04/11 | 230P 3 | 400P | A1996 | | 227P | 350P | | 400P | | 1.50 | 0 | 373.PRODNUTRIN | 77.25 |
| SUN | 3/06/11 | 400A D | 845A | A1996 | | 400A | 838A | 400A | | | 4.75 | 0 | 373.PROD | 82.00 |
| MON | 3/07/11 | 400A 3 | 1215P | A1996 | | 359A | 1221P | 400A | 1200P | | 8.25 | 0 | 373.PRODNUTRIN | 90.25 |
| TUE | 3/08/11 | 400A 3 | 1200P | A1996 | | 355A | 1200P | 400A | 1200P | | 8.00 | 0 | 373.PRODNUTRIN | 98.25 |
| WED | 3/09/11 | 400A 3 | 1200P | A1996 | | 359A | 1204P | 400A | 1000A | | 8.00 | 0 | 373.PRODNUTRIN | 106.25 |
| FRI | 3/11/11 | 500A 3 | 1215P | A1996 | | 456A | 1213P | 500A | 1200P | | 7.25 | 0 | 373.PRODNUTRIN | 113.50 |
| SAT | 3/12/11 | 530A 3 | 1230P | A1996 | | 529A | 1234P | 500A | 1200P | | 7.00 | 0 | 373.PRODNUTRIN | 120.50 |
| MON | 3/14/11 | 500A 3 | 130P | A1996 | | 436A | 129P | 500A | 100P | | 8.50 | 0 | 373.PRODNUTRIN | 129.00 |
| WED | 3/16/11 | 500A | 130P | A1996 | | 457A | 132P | 500A | 100P | | 8.50 | 0 | 373.PRODNUTRIN | 137.50 |
| THU | 3/17/11 | 515A 3 | 100P | A1996 | | 510A | 103P | 500A | 100P | | 7.75 | 0 | 373.PRODNUTRIN | 145.25 |
| FRI | 3/18/11 | 700A 3 | 300P | A1996 | | 657A | 300P | 700A | 300P | | 8.00 | 0 | 373.PRODNUTRIN | 153.25 |
| SAT | 3/19/11 | 600A 3 | 1230P | A1996 | | 557A | 1235P | 600A | 200P | | 6.50 | 0 | 373.PRODNUTRIN | 159.75 |
| MON | 3/21/11 | 400A | 1215P | A1996 | | 356A | 1211P | 400A | 1200P | | 8.25 | 0 | 373.PRODNUTRIN | 168.00 |
| TUE | 3/22/11 | 400A 3 | 1000A | A1996 | | 357A | 1007A | 400A | 1000A | | 6.00 | 0 | 373.PRODNUTRIN | 174.00 |
| WED | 3/23/11 | 400A 3 | 1215P | A1996 | | 359A | 1209P | 400A | 1200P | | 8.25 | 0 | 373.PRODNUTRIN | 182.25 |
| FRI | 3/25/11 | 400A 3 | 815A | A1996 | | 358A | 811A | 400A | 800A | | 4.25 | 0 | 373.PRODNUTRIN | 186.50 |
| SAT | 3/26/11 | 400A | 900A | A1996 | | 359A | 901A | 400A | 800A | | 5.00 | 0 | 373.PRODNUTRIN | 191.50 |
| SUN | 3/27/11 | 200A 3 | 730A | A1996 | | 156A | 736A | 200A | 800A | | 5.50 | 0 | 373.FESCANGRD | 197.00 |
| MON | 3/28/11 | 400A 3 | 1115A | A1996 | | 359A | 1108A | 400A | 1100A | | 7.25 | 0 | 373.PRODNUTRIN | 204.25 |

CSC4219
6/11/14   457P

iSeries Timekeeper: Atlanta Division - 011AT
PUNCH DETAIL HISTORY
2/20/11 THRU 2/18/12

CLK:00P
PAGE: 2

*INVALID

| DAY | DATE | ROUNDED IN | ROUNDED OUT | CODE | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHED IN | SCHED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WED | 3/30/11 | 400A | 1115A | L 3 | A1996 | | 359A | 1109A | 400A | 1100A | | 7.25 | 0 | 373.PRODNUTRTN | 211.50 |
| THU | 3/31/11 | 700A | 900A | E 3 | A1996 | | 700A | 859A | 800A | | | 2.00 | 0 | 373.PRODNUTRTN | 213.50 |
| THU | 3/31/11 | 900A | 300P | C | A1996 | B C | 900A | 300P | | 300P | | 6.00 | 0 | 373.MISCINCTRN | 219.50 |
| FRI | 4/01/11 | 400A | 1015A | L C | A1996 | | 354A | 1010A | 400A | 1000A | | 6.25 | 0 | 373.PRODNUTRTN | 225.75 |
| SAT | 4/02/11 | 400A | 1045A | E 3 | A1996 | | 358A | 1049A | 400A | 1100A | | 6.75 | 0 | 373.PRODNUTRTN | 232.50 |
| SUN | 4/03/11 | 1200A | 600A | E 3 | A1996 | | 1200A | 558A | 400A | 1200P | | 6.00 | 0 | 373.PRODNUTRTN | 238.50 |
| MON | 4/04/11 | 400A | 100P | C L | A1996 | | 358A | 101P | 400A | 1200P | | 9.00 | 0 | 373.PRODNUTRTN | 247.50 |
| TUE | 4/05/11 | 430A | 130P | L 3 | A1996 | | 424A | 126P | 400A | 1200P | | 9.00 | 0 | 373.PRODNUTRTN | 256.50 |
| WED | 4/06/11 | 400A | 1200P | C L C | A1996 | | 357A | 1206P | 400A | 1000A | | 8.00 | 0 | 373.PRODNUTRTN | 264.50 |
| THU | 4/07/11 | 400A | 830A | U 3 | A1996 | | 356A | 832A | 400A | 900A | | 4.50 | 0 | 373.PROD | 269.00 |
| FRI | 4/08/11 | 400A | 815A | E 3 | A1996 | | 355A | 809A | 400A | 1200P | | 4.25 | 0 | 373.PRODNUTRTN | 273.25 |
| MON | 4/11/11 | 400A | 1200P | C 3 | A1996 | | 403A | 1157A | 430A | 1200P | | 8.00 | 0 | 373.PRODNUTRTN | 281.25 |
| WED | 4/13/11 | 415A | 1200P | L 3 | A1996 | | 409A | 1201P | 430A | 1200P | | 7.75 | 0 | 373.PRODNUTRTN | 289.00 |
| THU | 4/14/11 | 415A | 1230P | L 3 | A1996 | | 418A | 1234P | 415A | 1200P | | 8.25 | 0 | 373.PRODNUTRTN | 297.25 |
| FRI | 4/15/11 | 400A | 1200P | C 3 | A1996 | | 400A | 1201P | 400A | 1200P | | 8.00 | 0 | 373.PRODNUTRTN | 305.25 |
| SAT | 4/16/11 | 1200A | 745A | L 3 | A1996 | | 1154P | 738A | 1200A | 700A | | 7.75 | 0 | 373.PRODNUTRTN | 313.00 |
| MON | 4/18/11 | 415A | 1230P | L 3 | A1996 | | 414A | 1232P | 415A | 1200P | | 8.25 | 0 | 373.PRODNUTRTN | 321.25 |
| WED | 4/20/11 | 400A | 1230P | C 3 | A1996 | | 358A | 1236P | 400A | 1200P | | 8.50 | 0 | 373.PRODNUTRTN | 329.75 |
| THU | 4/21/11 | 400A | 1200P | E 3 | A1996 | | 400A | 1205P | 900A | 500P | | 8.00 | 0 | 373.PRODNUTRTN | 337.75 |
| FRI | 4/22/11 | 400A | 1200P | C 3 | A1996 | | 400A | 1157A | 400A | 1200P | | 8.00 | 0 | 373.PRODNUTRTN | 345.75 |
| SAT | 4/23/11 | 1200A | 800A | C | A1996 | | 1156P | 753A | 1200A | 800A | | 8.00 | 0 | 373.PRODNUTRTN | 353.75 |
| SUN | 4/24/11 | 1200A | 500A | C 3 | A1996 | | 1159P | 504A | 1200A | 800A | | 5.00 | 0 | 373.PRODNUTRTN | 358.75 |
| MON | 4/25/11 | 400A | 100P | L C | A1996 | | 401A | 107P | 400A | 1200P | | 9.00 | 0 | 373.PRODNUTRTN | 367.75 |
| WED | 4/27/11 | 800A | 215P | L 3 | A1996 | | 759A | 210P | 400A | 1000A | | 6.25 | 0 | 373.PRODNUTRTN | 374.00 |
| THU | 4/28/11 | 400A | 1130A | L 3 | A1996 | | 405A | 1132A | 400A | 1000A | | 7.50 | 0 | 373.PRODNUTRTN | 381.50 |

INCLUSION COUNSELOR MEETING SJ

7

```
CSC4219   6/11/14   457P                iSeries Timekeeper: Atlanta Division - 011AT              CLK100P
                                              PUNCH DETAIL HISTORY                                 PAGE:   3
                                               2/20/11 THRU 2/18/12
```

*INVALID

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|-----|------|-----------|------------|-------|-------|-----------|-----------|--------------|---------------|----------|-------------|----|-----------|-----------|
| FRI | 4/29/11 | 415A L T | 1045A C L T 3 | A1996 | | 408A | 1042A | 400A | 900A | | 6.50 | 0 | 373.PRODNUTRN | 388.00 |
| SAT | 4/30/11 | 1200A 3 | 545A | A1996 | | 1154P | 546A | 1200A | 700A | | 5.75 | 0 | 373.PRODNUTRN | 393.75 |
| SUN | 5/01/11 | 1200A | 715A E C U | A1996 | | 1154P | 716A | 1200A | 800A | | 7.25 | 0 | 373.PROD | 401.00 |
| TUE | 5/03/11 | 400A | 1015A C L | A1996 | | 359A | 1014A | 400A | 1000A | | 6.25 | 0 | 373.PROD | 407.25 |
| WED | 5/04/11 | 400A | 1045A C L U | A1996 | | 400A | 1041A | 400A | 900A | | 6.75 | 0 | 373.PROD | 414.00 |
| THU | 5/05/11 | 400A | 1015A C L | A1996 | | 359A | 1009A | 400A | 900A | | 6.25 | 0 | 373.PROD | 420.25 |
| FRI | 5/06/11 | 130A D | 815A C D | A1996 | | 130A | 817A | 1200A | 700A | | 6.75 | 0 | 373.PROD | 427.00 |
| SAT | 5/07/11 | 1245A U | 700A L U | A1996 | | 1241A | 700A | 1200A | 700A | | 6.25 | 0 | 373.PROD | 433.25 |
| SUN | 5/08/11 | 1200A 3 | 700A E C 3 | A1996 | | 1200A | 700A | 1200A | 800A | | 7.00 | 0 | 373.PRODNUTRN | 440.25 |
| MON | 5/09/11 | 400A 3 | 1200P C 3 | A1996 | | 400A | 1203P | 400A | 1200P | | 8.00 | 0 | 373.PRODNUTRN | 448.25 |
| WED | 5/11/11 | 400A | 1245P C | A1996 | | 400A | 1239P | 400A | 1200P | | 8.75 | 0 | 373.PRODNUTRN | 457.00 |
| THU | 5/12/11 | 400A 3 | 1230P C | A1996 | | 403A | 1232P | 400A | 1200P | | 8.50 | 0 | 373.PRODNUTRN | 465.50 |
| FRI | 5/13/11 | 730A D U | 915A E | A1996 | | 730A | 911A | 400A | | | 1.75 | 0 | 373.PROD | 467.25 |
| SAT | 5/14/11 | 1230A 3 | 615A C 3 | A1996 | | 1230A | 609A | 1200A | 800A | | 5.75 | 0 | 373.PRODNUTRN | 473.00 |
| SAT | 5/14/11 | 1000A L | 1145A C L | A1996 | | 1000A | 1139A | 1200A | 800A | | 1.75 | 0 | 373.PRODNUTRN | 474.75 |
| MON | 5/16/11 | 400A | 1230P L C | A1996 | | 400A | 1232P | 400A | 1000A | | 8.50 | 0 | 373.PRODNUTRN | 483.25 |
| TUE | 5/17/11 | 400A D U | 830A E | A.1996 | | 400A | 828A | | | | 4.50 | 0 | 373.PROD | 487.75 |
| WED | 5/18/11 | 400A | 1000A | A.1996 | | 405A | 1005A | 400A | 1000A | | 6.00 | 0 | 373.PRODNUTRN | 493.75 |
| THU | 5/19/11 | 400A | 1100A | A1996 | C | 400A | 1100A | 400A | 1100A | *MULT | 7.00 | 0 | 373.PRODNUTRN | 500.75 |
| MON | 5/21/11 | 400A 3 | TRANS | A1996 | | 400A | 1203P | 400A | 1200P | | | 0 | 373.PRODNUTRN | 508.75 |
| | | HISTORY RECALC-ADDED TIME RECORD | | | | | | | | | | | | |
| SAT | 5/21/11 | 3 | TRANS | A1996 | C | 1000A | 1139A | 1200A | 800A | REG | | 0 | 373.PRODNUTRN | 507.00 |
| | | HISTORY RECALC-CHANGED TIME RECORD | | | | | | | | | | | | |
| SAT | 5/21/11 | 3 | TRANS | A1996 | C | 1000A | 1139A | 800A | 800A | *MULT | 8.00 | 0 | 373.PRODNUTRN | 508.75 |
| | | HISTORY RECALC-CHANGED TIME RECORD | | | | | | | | | | | | |
| SAT | 5/21/11 | 200A L | 63CA E | A1996 | | 200A | 626A | 1200A | 700A | | 4.50 | 0 | 373.PRODNUTRN | 513.25 |
| SUN | 5/22/11 | 1200A 3 | 700A | A1996 | | 1203A | 704A | 1200A | 600A | | 7.00 | 0 | 373.FESCANCRD | 520.25 |
| MON | 5/23/11 | 400A 3 | 700A L | A1996 | | 357A | 1009A | 400A | 1000A | | 6.25 | 0 | 373.PRODNUTRN | 526.50 |
| TUE | 5/24/11 | 400A | 1215P L | A1996 | | 356A | 1213P | 400A | 1000A | | 8.25 | 0 | 373.PRODNUTRN | 534.75 |
| THU | 5/26/11 | 400A 3 | 1015A | A1996 | | 359A | 1019A | 400A | 1000A | | 6.25 | 0 | 373.PRODNUTRN | 541.00 |

8

```
CSC421.9                          iSeries Timekeeper: Atlanta Division - 011AT                    CLK100P
6/11/14   4572                            PUNCH DETAIL HISTORY                                     PAGE:  4
                                          2/20/11 THRU 2/18/12
```

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHED IN | SCHED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRI | 5/27/11 | 600A *INVALID* | 1245P L | A1996 L 3 | | 600A | 1251P | 400A | 1100A | | 6.75 | 0 | 373.PRODNUTRTN | 547.75 |
| MON | 5/30/11 | 400A C | 1045A L 3 | A1996 | | 354A | 1041A | 403A | 1000A | | 6.75 | 0 | 373.PRODNUTRTN | 554.50 |
| TUE | 5/31/11 | 400A C | 1200P L 3 | A1996 | | 356A | 1156A | 400A | 1000A | | 8.00 | 0 | 373.PRODNUTRTN | 562.50 |
| WED | 6/01/11 | 430A D | 1000A L | A1996 | | 426A | 1007A | 400A | 1000A | | 5.50 | 0 | 373.PROD | 568.00 |
| THU | 6/02/11 | 400A 3 | 1130A | A1996 | | 358A | 1129A | | | | 7.50 | 0 | 373.PRODNUTRTN | 575.50 |
| TUE | 11/22/11 | 1000A D | 400P L | A1996 | | 1000A | 400P | | | | 6.00 | 0 | 373.PROD | 581.50 |
| WED | 11/23/11 | 1000A D | 400P 3 | A1996 | | 1000A | 404P | | | | 6.00 | 0 | 373.PROD | 587.50 |
| THU | 11/24/11 | 1200A | TRANS | A1996 | | 1200A | | 700A | | LHTHK | 4.00 | 0 | 373.PROD | 591.50 |
| | | | *THANKSGIVING LEGAL HOLIDAY BENEFIT PAY* | | | | | | | | | | | |
| THU | | 1000A E | 300P C | A1996 | C | 959A | 255P | 1000A | 400P | | 5.00 | 0 | 373.PROD | 596.50 |
| FRI | 11/25/11 | 900A | 300P | A1996 | | 859A | 300P | 990A | 300P | | 6.00 | 0 | 373.GROC | 602.50 |
| SAT | 11/26/11 | | TRANS | A1996 | | 1200A | | 1200A | | PHOL | 4.00 | 0 | 373.GROC | 606.50 |
| MON | 11/27/11 | 1100P D | 300A F | A1996 B | | 1059P | 302A | | | | 6.00 | 0 | 373.PROD | 612.50 |
| MON | 11/28/11 | 300A 3 | 500A | A1996 | | 331A | 504A | | | | 6.00 | 0 | 373.PROD | 612.50 |
| TUE | 11/29/11 | 1200A C | 600A C | A1996 | | 1200A | 600A | | | | 6.00 | 0 | 373.PROD | 610.50 |
| WED | 11/30/11 | 1200A D | 600A | A1996 | | 1157P | 605A | | | | 6.00 | 0 | 373.PROD | 624.50 |
| THU | 12/01/11 | 1200A D | 615A | A1996 | | 1200A | 615A | | | | 6.25 | 0 | 373.PROD | 630.75 |
| FRI | 12/03/11 | 1200A D | 600A C | A1996 | | 1156P | 603A | | | | 6.00 | 0 | 373.PROD | 636.75 |
| MON | 12/04/11 | 1100P 3 | 500A C | A1996 | | 1057P | 503A | | | | 6.00 | 0 | 373.PROD | 642.75 |
| TUE | 12/06/11 | 1200A | 615A C | A1996 | | 1155P | 620A | | | | 6.25 | 0 | 373.PROD | 649.00 |
| WED | 12/07/11 | 1230A D | 600A C | A1996 | | 1155P | 603A | | | | 6.00 | 0 | 373.PROD | 655.00 |
| THU | 12/08/11 | 1200A 3 | 730A C | A1996 | C | 1200A | 730A | 1200A | | PHOL | 7.50 | 0 | 373.PROD / 373.GROC | 662.50 |
| SAT | 12/10/11 | | TRANS | A1996 | | 1200A | | 1200A | | | | 0 | | 666.50 |
| | | | *HISTORY RECALC-ADDED TIME RECORD* | | | | | | | | | | | |
| TUE | 12/10/11 | 1200A C | 600A C | A1996 | C | 1200A | 600A | 1200A | | *MULT | | 0 | 373.PROD | 672.50 |
| | | | *HISTORY RECALC-CHANGED TIME RECORD* | | | | | | | | | | | |
| SAT | 12/10/11 | 330A 3 | | A1996 | C | 330A | 600A | | | *MULT | | 0 | 373.PROD | 669.50 |
| | | | *HISTORY RECALC-CHANGED TIME RECORD* | | | | | | | | | | | |
| SAT | 12/10/11 | | TRANS | A1996 | C | 1157P | 305A | | | *MULT | | 0 | 373.PROD | 666.50 |
| WED | 12/10/11 | | TRANS | A1996 | C | 1157P | 605A | | | *MULT | | 0 | 373.PROD | 672.50 |
| | | | *HISTORY RECALC-CHANGED TIME RECORD* | | | | | | | | | | | |
| SAT | 12/10/11 | 1200A 3 | 600A | A1996 | | 1158P | 602A | 1200A | 600A | | 20.00 | 0 | 373.PROD | 678.50 |
| SAT | 12/10/11 | | TRANS | A1996 | | 1200A | | 600A | | PHOL | | 0 | 373.GROC | 682.50 |
| MON | 12/11/11 | 1100P D | 715A | A1996 | | 1050A | 716A | | | | 8.25 | 0 | 373.GROC | 690.75 |
| TUE | 12/13/11 | 1100P D | 715A F | A1996 | | 1200A | 407A | | | | | 0 | 373.GROC | 694.75 |
| TUE | 12/13/11 | 400A F | 800A | A1996 B | | 422A | 806A | | | | 8.00 | 0 | 373.GROC | 698.75 |
| WED | 12/14/11 | 1200A D | 415A F | A1996 | | 1200A | 412A | | | | | 0 | 373.GROC | 703.00 |
| WED | 12/14/11 | 415A F | 815A | A1996 B | | 425A | 816A | | | | | 0 | 373.GROC | 707.00 |
| THU | 12/15/11 | 145A D | 900A | A1996 | | 145A | 907A | | | | 7.25 | 0 | 373.GROC | 707.25 |
| SAT | 12/17/11 | 1200A D | 800A | A1996 | | 1155P | 800A | | | | 7.25 | 0 | 373.GROC | 722.25 |
| SUN | 12/17/11 | 1100P D | 700A | A1996 | | 1100P | 700A | | | | 8.00 | 0 | 373.GROC | 730.25 |

iSeries Timekeeper: Atlanta Division - 011AT
PUNCH DETAIL HISTORY
2/20/11 THRU 2/18/12

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|-----|------|-----------|-------------|-------|-------|-----------|------------|--------------|---------------|----------|-------------|----|------------|-----------|
| MON | 12/18/11 | 1115P | 545A D | A1996 | | 1115P | 539A | | | | 6.50 | 0 | 373.GROC | 736.75 |
| TUE | 12/19/11 | 1145P | 815A D | A1996 | | 1149P | 812A | | | | 8.50 | 0 | 373.GROC | 745.25 |
| WED | 12/21/11 | 1200A | 615A D | A1996 | | 1156P | 617A | | | | 6.25 | 0 | 373.GROC | 751.50 |
| THU | 12/22/11 | 1145P | 700A D | A1996 | | 1159P | 700A | | | | 7.25 | 0 | 373.GROC | 758.75 |
| FRI | 12/23/11 | 1145P | 600A D | A1996 | | 1145P | 758A | | | | 7.50 | 0 | 373.GROC | 766.25 |
| SUN | 12/25/11 | 1230A | TRANS | A1996 | | 1200A | TRANS | 1200A | | VACW | 7.50 | 0 | 373.GROC | 790.25 |
| SUN | 12/25/11 | | TRANS | A1996 | | 1200A | TRANS | 1200A | 600A | LHCHS | 24.00 | 0 | 373.GROC | 790.25 |
| MON | 1/01/12 | 1100P | 715A C | A1996 | C | 1100P | 720A | | | CHRISTMAS | 8.25 | 0 | 373.GROC | 798.50 |
| TUE | 1/03/12 | 1100P | 1245A D | A1996 | C | 1103P | 1251A | | | HOLIDAY BENEFIT PAY | 1.75 | 0 | 373.GROC | 806.25 |
| SUN | 1/08/12 | 1200A | 500A C | A1996 | D | 1155P | 600A | | | T.RGT.HOL | | 0 | 373.GROC | 806.25 |
| MON | 1/08/12 | 1045P | 545A C | A1996 | | 1151P | 552A | | | | 7.75 | 0 | 373.GROC | 814.00 |
| TUE | 1/09/12 | 1145P | 545A C | A1996 | | 1223A | 317A | | | | 6.00 | 0 | 373.GROC | 820.00 |
| WED | 1/11/12 | 315A | 315A C | A1996 | B | 331A | 755A | | | | | 0 | 373.GROC | 822.75 |
| WED | 1/11/12 | | 800A C | A1996 | | 1157P | 822A | | | | 7.50 | 0 | 373.GROC | 827.50 |
| THU | 1/12/12 | 1200A | 815A C | A1996 | | 1159P | 942A | | | | 8.25 | 0 | 373.GROC | 835.75 |
| SUN | 1/15/12 | 1200A | 945A C | A1996 | | 1249A | 629A | | | | 9.75 | 0 | 373.GROC | 845.50 |
| MON | 1/16/12 | 1245A | 630A C | A1996 | | 1245A | 810A | | | | 8.25 | 0 | 373.GROC | 845.25 |
| TUE | 1/17/12 | 1200A | 815A C | A1996 | | 1055A | 622P | 1200A | | | 8.25 | 0 | 373.GROC | 859.50 |
| THU | 1/19/12 | 1200A | 110A C | A1996 | B | 1204A | 334A | 1200A | | | 7.25 | 0 | 373.GROC | 866.75 |
| SUN | 1/22/12 | 1200A | 630R | A1996 | | 353A | 809A | 1200A | 800A | | 8.25 | 0 | 373.GROC | 870.25 |
| SUN | 1/22/12 | 330A | 815A C | A1996 | B | 1059P | 708A | | 800A | | 8.25 | 0 | 373.GROC | 875.00 |
| MON | 1/22/12 | | 715A C | A1996 | | | | | | | | 0 | 373.GROC | 883.25 |
| TUE | 1/24/12 | 1200A | 800A C | A1996 | | 1203A | 801A | 1200A | 800A | | 8.00 | 0 | 373.GROC | 891.25 |
| WED | 1/25/12 | 1230A | 330A L | A1996 | | 1249A | 837A | 1200A | 800A | | 8.00 | 0 | 373.GROC | 894.25 |
| WED | 1/25/12 | | 330A L | A1996 | B | 1129A | 327A | | | | | 0 | 373.GROC | 899.25 |
| FRI | 1/27/12 | 1215A | 300A | A1996 | B | 1214A | 330A | 1200A | 800A | | 7.00 | 0 | 373.GROC | 902.50 |
| FRI | 1/27/12 | 330A | 715A C | A1996 | | 345A | 720A | | 600A | | 5.75 | 0 | 373.GROC | 906.25 |
| SUN | 1/29/12 | 1215A | 600A | A1996 | | 1214A | 607A | 1200A | | | 9.00 | 0 | 373.GROC | 912.00 |
| SUN | 1/29/12 | 1100P | 800A C | A1996 | | 1058P | 755A | | | | 9.00 | 0 | 373.GROC | 921.00 |
| MON | 1/29/12 | 1215A | 915A C | A1996 | | 1220A | 919A | | | | 5.00 | 0 | 373.GROC | 930.00 |
| TUE | 1/31/12 | 1215A | 330A L | A1996 | | 1228A | 322A | | | | | 0 | 373.GROC | 935.00 |
| WED | 2/01/12 | | 515A C | A1996 | | 1059P | 506A | | | | | 0 | 373.GROC | 938.00 |
| SUN | 2/05/12 | 330A | 815A L | A1996 | B | 350A | 808A | 1200A | | | 7.75 | 0 | 373.GROC | 942.75 |
| SUN | 2/05/12 | 330A | 730A | A1996 | | 1120P | 728A | | | | 8.25 | 0 | 373.GROC | 951.00 |
| MON | 2/05/12 | 1115P | 330A C | A1996 | | 1150P | 335A | 1100P | | | | 0 | 373.GROC | 954.50 |
| TUE | 2/07/12 | 1200A | 800A | A1996 | B | 403A | 800A | | 800A | | 9.00 | 0 | 373.GROC | 959.00 |
| WED | 2/08/12 | 1200A | 330A L | A1996 | | 1153P | 337A | | | | | 0 | 373.GROC | 962.50 |
| WED | 2/08/12 | | 800A | A1996 | B | 351A | 800A | | | | | 0 | 373.GROC | 967.50 |
| THU | 2/09/12 | 1200A | 430A F | A1996 | | 1159P | 631A | 1200A | | | 8.00 | 0 | 373.GROC | 971.50 |
| THU | 2/09/12 | 430A | 816A C | A1996 | | 1159P | 816A | | 800A | | | 0 | 373.GROC | 975.25 |
| SUN | 2/12/12 | 1200A | 330A L | A1996 | B | 1159P | 337A | 1200A | | | 0.25 | 0 | 373.GROC | 978.75 |
| SUN | 2/12/12 | | 800A | A1996 | F | 406A | 805A | | 800A | | | 0 | 373.GROC | 983.25 |
| MON | 2/12/12 | 1100P | 300A F | A1996 | | 1056P | 304A | 1100P | | | 8.00 | 0 | 373.GROC | 987.25 |
| MON | 2/13/12 | 300A | 700A L | A1996 | | 330A | 703A | | 400A | | | 0 | 373.GROC | 991.25 |
| TUE | 2/14/12 | 1200A | 330A L | A1996 | B | 1159P | 333A | | | | 8.00 | 0 | 373.GROC | 999.25 |
| TUE | 2/14/12 | 330A | 830A | A1996 | | 348A | 836A | | | | | 0 | 373.GROC | 999.75 |
| THU | 2/16/12 | 1200A | 330A L | A1996 | B | 1159P | 333A | 1200A | 800A | | 8.50 | 0 | 373.GROC | 1003.25 |
| THU | 2/16/12 | 330A | 545A | A1996 | B | 348A | 541A | | 500A | | 5.75 | 0 | 373.GROC | 1005.50 |

MONETARY ADJUSTMENTS

*INVALID

**INVALID

```
CSC4219                              iSeries Timekeeper: Atlanta Division - 011AT                          CLK100P
6/11/14   457P                              PUNCH DETAIL HISTORY                                           PAGE:  6
                                            2/20/11 THRU 2/18/12
```

```
                                *INVALID
                ---ROUNDED---              ---ACTUAL---     --SCHEDULED-- PAY         SHIFT              WTD
PAY   DATE      IN      OUT     DAILY NOTES  IN    OUT       IN    OUT   CODE  HOURS  AP  LABOR LVLS      HOURS

4/26/11   $RP           $152.55
       RETRO WKS 1-11 PROMOTION TO LEAD CLERK
TOT HRS:  1005.50  WORKED      965.50  NON-WORKED      622.00  PAID    1587.50  NON-PAID                    $152.55
HOURS BY PAY CODE          SUNDAY WORK-RE  119.50  NIGHT PREM 65>  582.00  REGULAR HOURS    826.00  .00  ADJUST   14.00
HOURS BY PAY CODE          THANKSGIVING      4.00  HOLIDAY WRK-RE    6.00  PERSONAL HLDAY    12.00  OVERTIME         24.00
                                                                                                  VACATN WEEK
ADJ BY PAY CODE                 $RETRO PAY       $152.55

** TOTALS
TOT HRS:  1005.50  WORKED      965.50  NON-WORKED      622.00  PAID    1587.50  NON-PAID                    $152.55
HOURS BY PAY CODE          SUNDAY WORK-RE  119.50  NIGHT PREM 65>  582.00  REGULAR HOURS    826.00  .00  ADJUST   14.00
HOURS BY PAY CODE          THANKSGIVING      4.00  HOLIDAY WRK-RE    6.00  PERSONAL HLDAY    12.00  OVERTIME         24.00
                                                                                                  VACATN WEEK
ADJ BY PAY CODE                 $RETRO PAY       $152.55

** FINAL TOTALS
TOT HRS:  1005.50  WORKED      965.50  NON-WORKED      622.00  PAID    1587.50  NON-PAID                    $152.55
HOURS BY PAY CODE          SUNDAY WORK-RE  119.50  NIGHT PREM 65>  582.00  REGULAR HOURS    826.00  .00  ADJUST   14.00
HOURS BY PAY CODE          THANKSGIVING      4.00  HOLIDAY WRK-RE    6.00  PERSONAL HLDAY    12.00  OVERTIME         24.00
                                                                                                  VACATN WEEK
ADJ BY PAY CODE                 $RETRO PAY       $152.55
```

11

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMMY HANEY, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 1:14-cv-01982-JEC |
| | : | |
| | : | |
| THE KROGER CO., | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## AFFIDAVIT OF TONY DENNEY

| | |
|---|---|
| STATE OF GEORGIA | § |
| | § |
| COUNTY OF CHEROKEE | § |

1. "My name is Tony Denney. I am over the age of eighteen (18) years, and fully competent to make this Affidavit.

2. The facts in this Affidavit are within my personal knowledge and are true and correct, and I am qualified to make the statements in this Affidavit.

3. I am currently employed for the Kroger Co. ("Kroger") as an Associate and Labor Relations Manager, Atlanta Division, and have held this position during all times relevant to this lawsuit.

4. I am a custodian of records for certain business records of Kroger. The document attached hereto as Exhibits 1, 2, 3 and 5 are business records of Kroger. These said documents are kept at Kroger in the regular course of business, and it was the regular course of business of Kroger for an employee or representative, with knowledge of the act, event, condition, or opinion recorded, to make the record or to transmit information thereof to be included in such documents; and the documents were made at or near the time or reasonably soon thereafter. These documents are duplicates of the original with the exception of any redactions made for confidentiality purposes.

5. I have personally reviewed the complete time and attendance records of Tammy Haney, a former Kroger employee. Tammy Haney did not work 1,250 hours or more during the

**13**

twelve month period prior to her leave of absence in 2012. The hours reflected in Exhibit 3 of the Defendant's The Kroger Co.'s Statement of Material Facts are a full accounting of the hours Tammy Haney worked for Kroger between February 20, 2011, and February 16, 2012 and total approximately 1,005 hours. Further, there is no record of Tammy Haney having worked at Kroger Store # 373 or any other Kroger store subsequent to February 16, 2012.

Further affiant sayeth not.

_____
Tony Denney

7/25/14
Date

STATE OF GEORGIA          §
                          §
COUNTY OF _Cherokee_      §

BEFORE ME, the undersigned notary public, on this day personally appeared Tony Denney, who being by me duly sworn, on his oath, deposed and said that he has read the above and foregoing affidavit; and that every statement contained therein is true and correct and within his personal knowledge.

SUBSCRIBED AND SWORN TO BEFORE ME this _25_ day of _July_ 2014.

_____
Notary Public in and for
The State of Georgia

**Notary Public, Cherokee County, Georgia
My Commission Expires January 19, 2016**

2

**14**

# EXHIBIT 5

**REDACTED**



## Leave of Absence Cover Sheet

*This cover sheet **must** be completed and submitted with **all** leave of absence requests along with the required supporting documentation*
(Please reference the Loa "Friendly Reminder" monthly email)

### Attn: Evelyn Watson – Human Resources
(Hourly Union & Non-Union Associates, Hourly Pharmacy Techs, Hourly Pharmacy Interns)

Leave of Absence/Leave of Absence Extension/Return from Leave of Absence

Associate First and Last Name: **Tammy R. Haney**

Associate Enid: **TH21901**          Store #: **373**

Store Contact Person/Admin Asst: **Mr. Wiggs**

**CIRCLE "ONE" LOA CODE:**

Loa Code 90 (Medical/Illness)          Loa Code 93 (W/C - Injury at Work)

Loa Code 94 (Pregnancy)               Loa Code 91 (Injury (Away from Work)

Loa Code 85 (FMLA)                    Loa Code 83 (Intermittent FMLA)

Loa Code 82 (Military – 30 days or less)   Loa Code 97 (Educational Loa – Local 1995 Only)

Loa Code 86 (Military – 31 days or more - not to exceed 5 years)

Loa Code 99 (Return from Loa)

### Please Complete the Following:

Loa Begin Date: **Feb 15, 2012**  Last Day Worked **Feb 15, 2012**
                                   (check Kronos – if hourly)
Loa Return Date: **April 16, 2012**

Return from - Medical/Maternity/Workers Comp/Injury Leave – must submit full medical release in order to return from loa along with this completed form

Return from - Personal/Educational (Local 1995 Only)/FMLA – must submit this completed form

Return from Military Leaves – must submit Military Orders releasing as a "honorable discharge" from Military Services along with this completed form

**Atlanta KMA**

16

REDACTED



**THE KROGER CO.**
**REQUEST FOR LEAVE OF ABSENCE FORM**
Please complete the form and return it to the Human Resources Leave Administrator at 2175 PARKLAKE DRIVE, ATLANTA, GA, 30345

Name: Tammy Haney

Social Security #: ▓▓▓▓▓▓▓▓▓

Address:

EUID: TH219701

City, State:
Zip: Jonesboro GA 30236

Location#/Dept/Source:

Phone Number: ▓▓▓▓▓▓▓▓▓

Date: Feb 17, 2012

Please complete the form below and provide documentation to support your request for leave.
Request a leave of absence from work: from 2-15-12 (Date last worked/beginning leave date) to 4-16-12 (Anticipated return date)

Are you requesting an extension on your current leave? ☐ Yes ☒ No

Attach certificate from the medical provider with expected return to work date and mark the type of leave below (if applicable).

☒ **Illness:** Attach certificate from attending physician stating nature of your illness.

☒ **Family and Medical Leave (FMLA):**
Minimum qualification: Must work for the Company for at least twelve (12) months and have worked at least 1,250 hours during the twelve (12) months immediately preceding the leave of absence.

1. Are you requesting an intermittent FMLA leave? ☐ Yes ☒ No
2. Please check one of the following FMLA reasons:
   ☒ Associate's Serious Health Condition
   ☐ Pregnancy (Birth, adoption, or foster care of a child)
   ☐ Family Member's Serious Health Condition: (Family member is defined as spouse, child, or parent)
   ☐ Military Qualifying Exigencies
   ☐ Military Caregiver Leave

☐ **Military Leave** is for  ☐ Less than 30 days  ☐ More than 30 days Attach leave orders or supporting documents.

☒ **Injury- The injury occurred** ☐ at work ☒ away from work
Attach certificate from attending physician stating nature of injury and probable date of return to work.

☐ **Urgent and Compelling Personal Reason-** Attach your letter stating the urgent and compelling circumstances which required your absence from work and duration of time off you will need.

☐ **Union Business-** Attach letter from union authorities stating nature of your assignment, beginning date of leave, and probable date of return to work.

☐ **Other** _____ Attach supporting documents.

I certify that the information submitted by me in support of this leave request is true and accurate. By signing below I authorize the leave administrator to contact my healthcare provider to seek clarification or authentication of the certificate. In addition, I have read and understand the Company policies concerning leaves of absence and recognize that failure to comply with these policies may delay my request for leave or other consequences up to and including discharge.

Associate's Signature: Tammy R Haney   Date: 3·12·12

Manager Signature: _____   Date: _____
Print Name: _____

-Page continued-

REDACTED



### The Kroger Co.
### Certification of Health Care Provider for Associate's Serious Health Condition
### (Family and Medical Leave Act)

**SECTION I: FOR COMPLETION BY THE COMPANY**

INSTRUCTIONS to the COMPANY: The Family and Medical Leave Act (FMLA) provides that the Company may require an associate seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the associate's health care provider. Please complete Section I before giving this form to your associate. Your response is voluntary. While you are not required to use this form, you may not ask the associate to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. The Company must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of associates created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act (ADA) applies.

Company name and contact: _____

Associate's job title: _____     Regular work schedule: _____

Associate's essential job functions: _____

Check if the job description is attached: ☐

**SECTION II: FOR COMPLETION BY THE ASSOCIATE**

INSTRUCTIONS to the ASSOCIATE: Please complete Section II before giving this form to your medical provider. The FMLA permits the Company to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your company, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your company must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your Name: _Tammy R. Haney_     Location/Department: _Tara Blvd / Grocery_

EUID/Associate's ID Number: _TH74901_     Phone Number: _____

Address: ██████████████████     City, State, Zip: _Jonesboro GA 30236_

**SECTION III: FOR COMPLETION BY THE HEALTH CARE PROVIDER**

INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the associate is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _PHILIP L CARROLL, MD   2400 RIT 2un Pkwy, Jonesboro GA_

Type of practice/Medical specialty: _F.P._

Telephone: _404.365.0966_     Fax: _770 603 3995_

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _2-15-12_
   Probable duration of condition: _2 months_

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? ☒No  ☐Yes
If so, dates of admission: _____

Page 1 of 2

Kroger Form WJ-380-E
September 2009

Dates(s) you treated the patient for the condition: 3-13-12

Will the patient need to have treatment visits at least twice per year due to the condition? ☐No ☑Yes

Was medication, other than over-the-counter medication, prescribed? ☐No ☑Yes

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ☐No ☑Yes

If so, state the nature of such treatment and expected duration of treatment: _____

_Physical therapy - 4 weeks_

2.  Is the medical condition pregnancy? ☑No ☐Yes  If so, expected delivery date: _____

3.  Use the information provided by the Company in Section I to answer this question. If the Company fails to provide a list of the associate's essential functions or a job description, answer these questions based upon the associate's own description of his/her job functions.

Is the associate unable to perform any of his/her job functions due to the condition: ☐No ☑Yes

If so, identify the job functions the associate is unable to perform:

_unable to lift, carry or do Repetitive Bending_

4.  Describe other relevant medical facts, if any, related to the condition for which the associate seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_Chronic Back pain for 1 year_

**PART B: AMOUNT OF LEAVE NEEDED**

5.  Will the associate be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ☐No ☑Yes If so, estimate the beginning and ending dates for the period of incapacity:  2-15-12   to   4-15-12

6.  Will the associate need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the medical condition? ☐No ☑Yes

If so, are the treatments or reduced number of hours work medically necessary? ☐No ☑Yes

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:  _Physical therapy visits 3 times per week x 4 weeks_

Estimate the part-time or reduced work schedule the associate needs, if any: _____ days per week from _____ through _____ hour(s) per day:

7.  Will the condition cause episodic flare-ups periodically preventing the associate from performing his/her job functions? ☐No ☑Yes

Is it medically necessary for the associate to be absent from work during the flare-ups? ☐No ☑Yes If so, explain:  _unable to work with flare up of back pain_

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency:  __3__ times per _____ week(s)  __1__ month(s)

Duration:  _____ hours or  __1__ day (s) per episode.

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____

_____

_____

Signature of Health Care Provider  _Carroll_      Date:  3-13-72

Print Name:  PHILIP L CARROLL, MD

Kroger Form W19-380-E
September 2009

**19**